# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0978

VERSUS

DEVIN HARRIS

**OCTOBER 25, 2021**

---

In Re: Devin Harris, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-18-0060.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT